# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

KAREN MARTIE, individually and
on behalf of all others similarly
situated

        Plaintiff,

v.                                      Case No: 2:20-cv-43-SPC-NPM

M&M BEDDING, LLC,

        Defendant.
_____/

## **ORDER**[1]

Before the Court is Defendant's Suggestion of Bankruptcy (Doc. 34). Defendant M&M Bedding, LLC filed for bankruptcy on May 28, 2021. So the Court stays this case in accordance with 11 U.S.C. § 362(a). The Court will require M&M Bedding to provide it with status updates on the bankruptcy proceedings every 90 days until the bankruptcy proceedings conclude. In addition, M&M Bedding must notify the Court when the bankruptcy proceedings conclude.

Accordingly, it is now

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**ORDERED:**

1. This case is **STAYED**. Defendant must notify the Court, in writing, within **seven days** of the bankruptcy proceedings concluding.

2. Defendant must provide the Court with a status update on or before August 30, 2021, and every ninety days thereafter.

3. The Clerk is **DIRECTED** to add a stay flag to the case.

**DONE** and **ORDERED** in Fort Myers, Florida on June 1, 2021.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record